■ HENRY ANDRZEJEWSKI et al., Respondents-Appellants, v PIKE COMPANY, INC., Appellant-Respondent and Third-Party Plaintiff-Appellant. LIGHTHART SALES, INC., Third-Party Defendant-Respondent. [703 NYS2d 431] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeals from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ